United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 17-15600-jkf
Sam Farhat                                                          Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2            User: JEGilmore            Page 1 of 1            Date Rcvd: Nov 28, 2017
                                Form ID: 195               Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 30, 2017.
db          +Sam Farhat,    318 Christopher Place, Apt. B,    Primos, PA 19018-2737

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 30, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 28, 2017 at the address(es) listed below:
    CORINNE SAMLER BRENNAN    on behalf of Creditor    Franklin Mint Federal Credit Union
     cbrennan@klehr.com, nharrison@klehr.com
    LYNN E. FELDMAN    trustee.feldman@rcn.com, lfeldman@ecf.epiqsystems.com
    MATTEO SAMUEL WEINER    on behalf of Creditor    Toyota Motor Credit Corporation
     bkgroup@kmllawgroup.com
    SCOTT F. WATERMAN    on behalf of Debtor Sam Farhat scottfwaterman@gmail.com,
     scottfwaterman@gmail.com
    United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                              TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:  : Chapter 7

Sam Farhat  : Case No. 17–15600–jkf
       Debtor(s)

***ORDER***
_____

AND NOW, this day , November 28, 2017 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Jean K. FitzSimon
Judge , United States Bankruptcy Court

22
Form 195